**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MID-CONTINENT CASUALTY COMPANY,

          Plaintiff,

vs.

RICHARD JONES CONSTRUCTION
COMPANY, INC., a Florida Corporation,
MARK ANDERSON and JAIME
ANDERSON, citizens of Florida, H. JEARL
SASSER and BETTY SASSER, citizens of
Florida, SHAWN COX and LISA COX,
citizens of Florida, and MICHAEL EDELMAN
and FRANCINE EDELMAN, citizens of
Florida,

          Defendants.

CASE NO. 10-80620-CIV-PAS

**FOR DISCOVERY PURPOSES,**
**CONSOLIDATED WITH:**

CASE NO: 10:20859-CIV-PAS
CASE NO: 10:20861-CIV-PAS
CASE NO: 10:20862-CIV-PAS
CASE NO: 10:80457-CIV-PAS
CASE NO: 10:80459-CIV-PAS
CASE NO: 10-60502-CIV-PAS

    /

**UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF**
**COMPLAINT FOR DECLARATORY RELIEF**

Pursuant to Fed.R.Civ.P. 41, Mid-Continent Casualty Company voluntary dismisses,

without prejudice, its complaint for declaratory relief (DE 1) as to all defendants, with each party,

by agreement, to bear their own costs and attorney's fees.

          Respectfully submitted,

          s/ Pedro E. Hernandez
          Ronald L. Kammer, Esq.
          Florida Bar No. 360589
          rkammer@hinshawlaw.com
          Pedro E. Hernandez, Esq.
          Florida Bar No. 30365
          phernandez@hinshawlaw.com
          HINSHAW & CULBERTSON LLP
          9155 S. Dadeland Boulevard, Suite 1600
          Miami, Florida 33156-2741
          Telephone: 305-358-7747
          Facsimile: 305-577-1063
          *Counsel for Mid-Continent Casualty Company*

14489656v1  0905882  56475

*Case No. 10-80620-CIV-PAS*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2010, I electronically filed this document using the

CM/ECF system which will send a notice of electronic filing to the following: Robert B. Brown, III,

Esquire, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219, or in some

other authorized manner for those counsel or parties who are not authorized to receive electronically

Notices of Electronic Filing.

s/ Pedro E. Hernandez
Pedro E. Hernandez, Esq.
phernandez@hinshawlaw.com

14489656v1  0905882  56475